UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
INTEGRITAS SOLUTIONS GROUP LLC,                    :
                                                   :
                              Plaintiff,           :
                                                   :
             -against-                             :         24-CV-8211 (VEC)
                                                   :
DRAGONFLY FINANCIAL TECHNOLOGIES                   :         ORDER
CORP,                                              :
                                                   :
                                                   :
                              Defendant.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 6, 2024, Plaintiff filed a complaint ("Compl.") against Defendant in the Southern District of New York, Dkt. 2;

      WHEREAS a civil action may be brought in "a judicial district in which any defendant resides," where "a substantial part of the events or omissions giving rise to the claim occurred," or, "if there is no district in which an action may otherwise be brought," where "any defendant is subject to the court's personal jurisdiction" 28 U.S.C. § 1391(b);

      WHEREAS Plaintiff does not allege that any Defendant resides in the Southern District of New York, *see* Compl. ¶¶ 1–2, nor that any events or omissions giving rise to the claim occurred in this the Southern District of New York;

      WHEREAS Plaintiff alleges that venue is proper in the Southern District of New York "because the parties expressly consented in the terms of the [Master Services] Agreement that any controversy or claim arising out of or relating to the Agreement or the existence, validity, breach or termination thereof would be submitted for resolution to the state of federal courts in

the Borough of Manhattan, New York," citing to a copy of the Agreement purportedly attached to the Complaint as "Exhibit A," Compl. ¶ 4; and

WHEREAS no copy of the Agreement was attached to the Complaint.

IT IS HEREBY ORDERED that by no later than **Tuesday, November 19, 2024**, Plaintiff must file an Amended Complaint that either (1) attaches a copy of the Agreement containing the language cited in Paragraph 4 of the Complaint, or (2) adequately alleges additional facts from which the Court may determine that venue is proper in the Southern District of New York.

**SO ORDERED.**

Date:  **November 12, 2024**
        **New York, New York**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**