Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

**troutman**
**pepper locke**

troutman.com

**Joseph M. DeFazio**
D 212.704.6341
joseph.defazio@troutman.com



February 13, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2025____
```

**VIA ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

**Re:    *Integritas Solutions Group LLC v. Dragonfly Financial Technologies Corp.***
**        *Civil Action No: 1:24-cv-08211-VEC***
**        *Defendant's  Letter Request for Extension of Time to Answer or Otherwise Respond***

To the Honorable Valerie Caproni:

        This firm represents Defendant Dragonfly Financial Technologies Corp. ("Defendant") in the above-referenced action. Defendant respectfully requests an extension of time to respond to the Complaint filed by Plaintiff Integritas Solutions Group LLC ("Plaintiff") from the current deadline of February 11, 2025, through and including **March 14, 2025**. In accordance with Your Honor's Individual Practice Rules, Defendant states as follows in support of its request:

    1.    Defendant's current deadline to file its responsive pleading is February 11, 2025;

    2.    This is Defendant's first request for an extension of time;

    3.    The Complaint was mailed to Defendant at Defendant headquarters and received on January 31, 2025;

    4.    Counsel for Defendant has agreed to accept service on behalf of the Defendant;

    5.    Defendant and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff;

    6.    Prior to filing this letter motion, Defendant's conferred with Plaintiff and Plaintiff **does consent** to the requested extension of time;

7. Defendant seeks an extension until March 14, 2025 to respond to Plaintiff's Complaint. Attached to this letter as **Exhibit A** is a proposed Order for the Court's consideration.

8. An initial case management conference is scheduled for February 21, 2025. Because the Defendant is requesting an extension until March 14, 2025, to respond to the Complaint, it also respectfully requests the initial case management conference be adjourned until a date convenient for the Court after the March 14, 2025, responsive pleading deadline.

This letter motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party or impact any deadlines currently scheduled in this action.

We thank your Honor for your time and consideration of this matter. If you have any questions or concerns regarding this letter motion, please do not hesitate to contact my office.

Respectfully submitted,

*/s/ Joseph M. DeFazio*
Joseph M. DeFazio

*Attorney for Defendant Dragonfly Financial Technologies Corp.*

cc: Arielle Staller (Via ECF)

---

Application GRANTED. The deadline to answer or otherwise respond to the Complaint is ADJOURNED to **Friday, March 14, 2025.** The initial pretrial conference is ADJOURNED to **Friday, March 21, 2025 at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The pre-conference joint letter and proposed case management plan are due **Thursday, March 13, 2025**.

SO ORDERED.

*[signature]* 2/14/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE